JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual** | **Case No: 2:22cv04506-SB-AS** |
| **Plaintiffs,** | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| **v.** | |
| **IMT DEVELOPMENT FUND XIV LP; and DOES 1 THROUGH 10, Inclusive** | |
| **Defendants** | |

Pursuant to the parties' Joint Stipulation for Dismissal With Prejudice, Dkt. No. 31, this Court hereby dismisses with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice Plaintiffs' complaint in its entirety. Each of the parties herein shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated:  February 27, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge